447 A.2d 665

Commonwealth v. Smith, Appellant.

640

Submitted March 16, 1981. Anthony V. DeCello, for appellant; Paul W. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.